40 A.3d 1184

**Willie E. POLITE, Allen Ginn, Gregory Stover, Raymond Williams, Maurice Everett, Charles Poulson, Howard Gibson, Lawrence Belser, Roy Robinson, Petitioners**

v.

**DEPARTMENT OF CORRECTIONS, Respondent.**

**No. 135 EM 2010.**

Supreme Court of Pennsylvania.

March 1, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of March, 2011, the King's Bench Petition is **DENIED.**